MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA SCATURRO, ESQ
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:        melanie.morgan@akerman.com
Email:        tenesa.scaturro@akerman.com

*Attorneys for Plaintiff/Counterdefendant*
*Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | Case No.:      2:16-cv-01013-KDJ-CWH |
| Plaintiff, | **NOTICE OF DISASSOCIATION** |
| vs. | |
| SOUTH VALLEY RANCH COMMUNITY ASSOCIATION; HITCHEN POST DR. TRUST; and HOMEOWNER ASSOCIATION SERVICES, INC., | |
| Defendants. | |
| HITCHEN POST DR. TRUST, | |
| Counterclaimant, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Counterdefendant.. | |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

        Plaintiff/Counterdefendant Bank of America, N.A (**BANA**) hereby provides notice Miles N.

Clark, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Mr. Clark

be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests Melanie Morgan, Esq. and Tenesa Scaturro, Esq. receive all future notices.

Respectfully submitted, this 8th day of November, 2016.

**AKERMAN LLP**

/s/ *Darren T. Brenner, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA SCATURRO, ESQ
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff/Counterdefendant Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: November 9, 2016

_____
UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39954428;1}

2

1

**CERTIFICATE OF SERVICE**

2          I HEREBY CERTIFY that on the this 8th day of November, 2016, service of the foregoing

3   **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted

4   to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

5

6                                        */s/ Michael Hannon*
                                         An employee of AKERMAN LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39954428;1}                                    3