**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.,

    Plaintiff,

vs.

SOUTH VALLEY RANCH COMMUNITY ASSOCIATION, et al.,

    Defendants.

Case No. 2:16-cv-01013-KJD-CWH

**ORDER**

Presently before the court is attorney Wolfe Thompson's Motion to Withdraw as Attorney for Homeowner Association Services, Inc. ("HASI") (ECF No. 30), filed on February 22, 2017. No responses to the motion were filed.

Mr. Thompson moves to withdraw as attorney for Defendant HASI, arguing that neither his client nor its representatives have been responding to his requests for payment and that it would be a financial burden for him to continue representing Defendant HASI. The motion includes a certificate of service stating that a copy of his motion to withdraw was served on Defendant HASI by United States mail on February 22, 2017. Defendant HASI did not oppose the motion, which constitutes a consent to the granting of the motion under Local Rule 7-6(d).

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw and order Defendant HASI to retain a new attorney. Defendant HASI is advised that because it is a corporation, it cannot represent itself and must be represented by an attorney in this action. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Defendant HASI further is advised that failure to retain an attorney may result in the imposition of

sanctions under Local Rule IA 11-8.

IT IS THEREFORE ORDERED that attorney Wolfe Thompson's Motion to Withdraw as Attorney for Homeowner Association Services, Inc. (ECF No. 30) is GRANTED.

IT IS FURTHER ORDERED that Mr. Thompson must serve a copy of this order on Defendant Homeowner Association Services, Inc. and must file proof of that service by March 27, 2017.

IT IS FURTHER ORDERED that on or before April 10, 2017, Defendant Homeowner Association Services, Inc. must retain a new attorney and that attorney must file a notice of appearance in this case.

DATED: March 20, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**