# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-01013-KJD-CWH |
| vs. | ) | **ORDER** |
| SOUTH VALLEY RANCH COMMUNITY ASSOCIATION, et al., | ) | |
| Defendants. | ) | |

On March 20, 2017, the court entered an order granting attorney Wolfe Thompson's Motion to Withdraw as Attorney for Homeowner Association Services, Inc. ("HASI"). (Order (ECF No. 31).) The court's order advised HASI that because it is a corporation, it cannot represent itself and must be represented by an attorney in this action. (*Id.*) The order further required HASI to retain a new attorney and stated that the new attorney must file a notice of appearance by April 10, 2017. (*Id.*) The court advised HASI that failure to retain an attorney may result in the imposition of sanctions under Local Rule IA 11-8. (*Id.*) HASI was served with a copy of the court's order by attorney Wolfe Thompson. (Cert. of Service (ECF No. 32).)

To date, a new attorney has not filed a notice of appearance on behalf of HASI. HASI must retain a new attorney and that attorney must file a notice of appearance by **May 17, 2017**. Failure to comply with this order will result in the issuance of an order to show cause and may result in the imposition of additional sanctions under Local Rule IA 11-8 and Federal Rule of Civil Procedure 16(f)(1)(C).

IT IS SO ORDERED.

DATED: April 19, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**