GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for HITCHEN POST DR. TRUST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH VALLEY RANCH COMMUNITY ASSOCIATION; HITCHEN POST DR. TRUST; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-CV-01013<br><br><br><br><br><br><br><br>**Substitution of Attorney** |
| HITCHEN POST DR. TRUST,<br><br>Counterclaimant,<br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Counterdefendant. | |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for

HITCHEN POST DR. TRUST does hereby consent to the substitution of GEISENDORF &

VILKIN, PLLC, as attorney for HITCHEN POST DR. TRUST in the above-entitled matter in his place and stead.

Dated this 13 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for HITCHEN POST DR. TRUST in the above-entitled matter.

Dated this 13 day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

HITCHEN POST DR. TRUST, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this ___ day of July, 2017.

HITCHEN POST DR. TRUST

By: Iyad "Eddie" Haddad

IT IS SO ORDERED.

DATED: July 24, 2017

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Geisendorf & Vilkin, PLLC, and that on the 21st day of July 2017, I caused the foregoing document entitled **Substitution of Attorney** to be served by electronic transmission through the CM/ECF system of the United States District Court in the District of Nevada to the following parties:

| | |
|---|---|
| Kaleb D. Anderson, Esq. | kanderson@lipsonneilson.com |
| Jamie K. Combs, Esq. | jamie.combs@akerman.com |
| Melanie D. Morgan, Esq. | melanie.morgan@akerman.com |
| David T. Ochoa, Esq. | dochoa@lipsonneilson.com |
| Tanesa S. Scaturro, Esq. | tenesa.scaturro@akerman.com |

/s/Charles L. Geisendorf
An employee of Geisendorf & Vilkin, PLLC