1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No. 12294
   atrippiedi@bohnlawfirm.com
4  NIKOLL NIKCI, ESQ.
   Nevada Bar No.: 10699
5  nnikci@bohnlawfirm.com
   LAW OFFICES OF
6  MICHAEL F. BOHN, ESQ., LTD.
   2260 Corporate Circle, Ste. 480
7  Henderson, Nevada  89074
   (702) 642-3113/ (702) 642-9766 FAX
8
   Attorney for Hitchen Post Dr. Trust
9

10              UNITED STATES DISTRICT COURT

11                 DISTRICT OF NEVADA

12

13 | BANK OF AMERICA, N.A., SUCCESSOR BY          CASE NO.: 2:16-cv-01013-KJD-CWH
   | MERGER TO BAC HOME LOANS SERVICING,
14 | LP FKA COUNTRYWIDE HOME LOANS
   | SERVICING, LP,
15
                Plaintiff,
16
   vs.
17
   SOUTH VALLEY RANCH COMMUNITY
18 | ASSOCIATION; HITCHEN POST DR. TRUST;
   and HOMEOWNER ASSOCIATION SERVICES,
19 | INC.,

20              Defendants.

21 | HITCHEN POST DR. TRUST,

22              Counterclaimant,

23 | vs.

24 | BANK OF AMERICA, N.A.,

25              Counterdefendant.

26

27              **SUBSTITUTION OF ATTORNEYS**

28      Hitchen Post Dr. Trust, hereby substitutes Michael F. Bohn, Esq. of Law Offices of Michael F.

                              1

Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

DATED this 30th day of July, 2018.

By: _____
Iyad "Eddie" Haddad

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L. Geisendorf, Esq., as attorney for Hitchen Post Dr. Trust, in the above entitled matter.

DATED this 30th day of July, 2018.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By:/s/Michael F. Bohn, Esq./
    Michael F. Bohn, Esq.
    Nevada Bar No. 1641
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074

Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as attorney of record for Hitchen Post Dr. Trust.

DATED this 29th day of July, 2018.

GEISENDORF & VILKIN, PLLC

IT IS SO ORDERED.

DATED: July 31, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

By:/s/ Charles L. Geisendorf
    Charles L. Geisendorf, Esq.
    Nevada Bar No. 6985
    2470 St. Rose Parkway, Suite 309
    Henderson, NV 89074

2

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2018, I electronically transmitted the above SUBSTITUTION OF ATTORNEYS to the Clerk's Office using the CM/ECF System for filing and transmittal of aNotice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

 */s/ /Marc Sameroff /*
An Employee of the LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.