MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:        melanie.morgan@akerman.com
Email:        jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing, LP f/k/a*
*Countrywide Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | Case No.: 2:16-cv-01013-KJD-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES TO REPLY SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 50]** |
| vs. | **[FIRST REQUEST]** |
| SOUTH VALLEY RANCH COMMUNITY ASSOCIATION; HITCHEN POST DR. TRUST; and HOMEOWNER ASSOCIATION SERVICES, INC., | |
| Defendants. | |
| HITCHEN POST DR. TRUST, | |
| Counterclaimant, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Counter-defendant. | |

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), defendant South Valley Ranch Community Association and defendant and counterclaimant Hitchen Post Dr. Trust submit the following stipulation to allow BANA fourteen additional days to reply supporting its

1

AKERMAN LLP
1635 Village Center Cir., Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

motion for partial summary judgment, ECF No. 50.

BANA filed its motion for partial summary judgment on November 30. (ECF No. 50.) Defendant and counterclaimant Hitchen Post Dr. Trust filed its opposition on December 21. (ECF No. 54.) Defendant South Valley Ranch filed a joinder on December 26. (ECF No. 55.) BANA's reply deadline is January 4, 2019. *See* L.R. 7-2(d).

The parties stipulate to extending BANA's deadline to reply supporting its motion for partial summary judgment, ECF No. 50, by fourteen days, from January 4, 2019 to **January 18, 2019**, to allow BANA additional time to prepare its reply briefing in light of the intervening holiday.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**AKERMAN LLP**
1635 Village Center Cir., Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

47367640;1

This is BANA's first extension request.    This stipulation is not made to cause delay or prejudice to any party.

This the  28th  day of December, 2018.          This the  28th  day of December, 2018.

**AKERMAN LLP**                                              **LAW OFFICES OF MICHAEL F. BOHN**

_/s/ Jamie K. Combs_                                         _/s/ Michael F. Bohn_
DARREN T. BRENNER, ESQ.                          MICHAEL F. BOHN, ESQ.
Nevada Bar No. 8386                                       Nevada Bar No. 1641
JAMIE K. COMBS, ESQ.                                  ADAM R. TRIPPIEDI, ESQ.
Nevada Bar. No. 13088                                    Nevada Bar No. 12294
1635 Village Center Circle, Suite 200              2260 Corporate Circle, Suite 480
Las Vegas, Nevada 89134                              Henderson, Nevada 89074

_Attorneys for plaintiff and counter-defendant_     _Attorneys for defendant Hitchen Post Dr. Trust_
_Bank of America, N.A._

This the 28th day of December, 2018.

**LIPSON NEILSON P.C.**

_/s/ David T. Ochoa_
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

_Attorneys defendant South Valley Ranch_
_Community Association_

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   1/2/2019 _____

47367640;1